**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| | Case No.: 18-17604 |
| Ross E. Baker | Chapter 13 |
| | Judge Magdeline D. Coleman |
| Debtor(s) | ****************** |
| | |
| Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto | Date and Time of Hearing |
| | October 20, 2020 at 10:30 a.m. |
| Movant, | |
| vs | Place of Hearing |
| | U.S. Bankruptcy Court |
| Ross E. Baker | 900 Market Street, Courtroom #2 |
| Meaghan Maureen Baker | Philadelphia, PA, 19107 |
| | |
| William C. Miller, Esq. | Related Document # 66 |
| Respondents. | |

## ORDER OF COURT

AND NOW, to wit, this __6th__ day of _____October_____, 2020, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Esq., Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

Brad J. Sadek, Attorney for Debtor and/or Co-Debtor, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107 (notified by ecf)

Ross E. Baker and Meaghan Maureen Baker, Debtor and/or Co-Debtor, 1546 Webber Drive, Linwood, PA  19061 (notified by regular US Mail)