IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ROSS E. BAKER )<br>**Debtor** )<br> ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. )<br>SUCCESSOR IN INTEREST TO )<br>GATEWAY ONE LENDING & FINANCE, )<br>LLC )| Case No.: 18-17604 (MDC) |
| **Moving Party** ) | Hearing Date:  12-15-20 at 10:30 AM |
| v. ) | 11 U.S.C. 362 |
| ROSS E. BAKER )<br>  MEAGHAN BAKER )<br>**Respondent** ) | 11 U.S.C. 1301 |
| WILLIAM C. MILLER<br>  **Trustee** | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. successor in interest to Gateway One Lending & Finance, LLC and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about December 22, 2020 in the above matter is APPROVED.

Dated:  January 5, 2021

BY THE COURT:

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE