IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROSS E. BAKER,<br>     Debtor<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR GSMPS MORTGAGE LOAN TRUST 2005-RP3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE,<br>     Movant<br>  v.<br><br>ROSS E. BAKER and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>     Respondents | Bankruptcy No. 18-17604-mdc<br><br>Chapter 13<br><br>Related to Doc. Nos. 59, 60 |

## ORDER OF COURT

AND NOW, this 28th day of _____March_____, 2021, upon consideration of the foregoing *Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Specialized Loan Servicing, LLC, as Servicing Agent for GSMPS Mortgage Loan Trust 2005-RP3, U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, National Association, as Trustee in the property located at 1546 Webber Drive, Linwood, PA 19061.

_____
Magdeline D. Coleman
Chief U. S. Bankruptcy Judge