**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Ross E. Baker |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case number | 18-17604-AMC |

## Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | GSMPS Mortgage Loan Trust 2005-RP3, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee C/O Specialized Loan Servicing, LLC | **Court claim no.** (if known): | 3-3 |
| **Last four digits** of any number you use to identify the debtor's account: | 2507 | **Date of payment change:** Must be at least 21 days after date of this notice | 03/01/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $984.57 |

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment:   $415.76          New escrow payment:   $479.44

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:  _____%       New interest rate:  _____%
   Current principal and interest payment  $_____       New principal and interest payment:  $_____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   **Reason for change:** _____
   Current mortgage payment:  $_____       New mortgage payment:  $_____

| Debtor 1 | Ross | E. | Baker | Case Number *(if known)* | 18-17604-AMC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ John J. Rafferty  
Signature

Date: 01/22/2020

Print: **John J. Rafferty**  
First Name   Middle Name   Last Name

Title: Authorized Agent for Specialized Loan Servicing, LLC

Company: Bonial & Associates, P.C.

Address: 14841 Dallas Parkway, Suite 425  
Number   Street

Dallas, Texas  75254  
City   State   Zip Code

Contact phone: (972) 643-6600    Email: POCInquiries@BonialPC.com

---

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 23, 2020 via electronic notice unless otherwise stated.

**Debtor**           *Via U.S. Mail*
Ross E. Baker
1546 Webber Drive
Linwood, PA 19061

**Debtors' Attorney**
Brad J. Sadek
Sadek And Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

**Chapter 13 Trustee**
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105

                                                    Respectfully Submitted,

                                                    /s/ **John J. Rafferty**